**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and Address)* | FOR COURT USE ONLY |
|---|---|
| Omid E. Khalifeh | SBN: 267340<br>Omni Legal Group<br>2029 Century Park East Suite 400 Los Angeles, CA 90067 | |
| TELEPHONE NO.: (310) 276-6664 | FAX NO. | E-MAIL ADDRESS *(Optional):* lara@omnilegalgroup.com | |
| ATTORNEY FOR *(Name):* Plaintiff: JOBIAK, LLC | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 W. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF: JOBIAK, LLC., a Delaware Limited Liability Company | CASE NUMBER:<br>2:23-cv-08728 DSF (MAAx) |
|---|---|
| DEFENDANT: ASPEN TECHNOLOGY LABS, INC., a Colorado Corporation | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>JOBIAK, LLC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **(1) Notice of Assignment to District Judge(2) Plaintiff's Complaint(3) Plaintiff's Exhibits to the Complaint(4) Notice of Interested Parties(5) Court Issued Summons (6) ADR Notice(7) Notice to Counsel Re: Consent to Proceed before Magistrate Judge**
3. a. Party served *(specify name of party as shown on documents served):*
   **ASPEN TECHNOLOGY LABS INC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Michael Woodrow - President**

   **Age: 59 Race: White Sex: Male Height: 5'11" Weight: 200 Hair: Salt & Pepper**

4. Address where the party was served: **600 E Hopkins Ave STE 303**
   **Aspen, CO 81611**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **12/1/2023** (2) at *(time):* **4:42 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/39740**

| | |
|---|---|
| PETITIONER: JOBIAK, LLC, a Delaware Limited Liability Company <br> RESPONDENT: ASPEN TECHNOLOGY LABS, INC., a Colorado Corporation | CASE NUMBER: <br> 2:23-cv-08728 DSF (MAAx) |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                          (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **ASPEN TECHNOLOGY LABS INC**
  under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                      ☐ 415.46 (occupant)
                                                    ☐ other:

7. **Person who served papers**
  a. Name: **Deette Bryson - Apex Legal Services**
  b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**
  c. Telephone number: **(213) 488-1500**
  d. **The fee** for service was: **$ .00**
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
       (i) ☐ owner     ☐ employee     ☑ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/4/2023**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

| | |
|---|---|
| **Deette Bryson** <br> (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | ▶ *Deette Bryson* <br> (SIGNATURE) |