Stacey H. Wang (SBN 245195)
Qian (Sheila) Shen (SBN 332048)
Shardul Desai (*admitted pro hac vice*)
Alex Englander (*pro hac vice forthcoming*)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel.:  213.896.2400
Fax:  213.896.2450
E-mail:  stacey.wang@hklaw.com
          qian.shen@hklaw.com
          shardul.desai@hklaw.com
          alex.englander@hklaw.com

*Attorneys for Defendant*
*Aspen Technology Labs, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>ASPEN TECHNOLOGY LABS, INC., a Colorado Corporation,<br><br>            Defendant. | Case No.: 2:23-cv-8728<br><br>[*Assigned to the Hon. Dale S. Fischer, United States District Judge*]<br><br>**STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE SCHEDULING CONFERENCE**<br><br>[*Filed concurrently with [Proposed] Order*] |

///
///
///
///
///
///

- 1 -
STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE SCHEDULING CONFERENCE

1. Plaintiff, Jobiak, LLC ("Plaintiff"), and Defendant Aspen Technology Labs, Inc. ("Defendant"), by and through counsel, hereby request entry of an order based upon the following stipulation:

    WHEREAS, Plaintiff filed the Complaint in this matter on October 17, 2023 and served Defendant on December 1, 2023 (Dkt. 1); and

    WHEREAS, on December 22, 2023, Defendant filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint (Dkt. 18); and

    WHEREAS, Defendant's Motion to Dismiss asserts, *inter alia*, that the Court lacks personal jurisdiction over Defendant (*see* Dkt. 18); and

    WHEREAS, on December 24, 2024, the Court entered an Order Setting Scheduling Conference to be held on February 5, 2024; and

    WHEREAS, considering the jurisdictional issues raised in Defendant's Motion to Dismiss and upon joint request of the parties, the Court adjourned the February 5, 2024 Scheduling Conference until February 26, 2024; and

    WHEREAS, lead counsel for Defendant has a scheduling conflict on February 26, 2024, and Plaintiff does not object to rescheduling of same; and

    WHEREAS, good cause exists, and the parties jointly request that the Scheduling Conference to be adjourned until March 18, 2024; and

    WHEREAS, pursuant to L.R. 52-4.1, a proposed order is attached.

///
///
///
///
///
///
///
///
///

- 2 -
STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE SCHEDULING CONFERENCE

IT IS SO STIPULATED.

Dated:  February 5, 2024

                        */s/ Stacey H. Wang*
                        Holland & Knight LLP
                        Stacey H. Wang

                        Attorney for Defendant

Dated:  February 5, 2024

                        */s/ Omid Khalifeh*
                        Omid Khalifeh
                        Attorney for Plaintiff

## **Local Rule 5-4.3.4 Attestation**

I attest that all signatories concur in the filing's content and have authorized the filing.

Dated:  February 5, 2024

                        */s/ Stacey H. Wang*
                        Stacey H. Wang