JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK LLC,<br>          Plaintiff, | 2:23-cv-8728-DSF-MAA |
| v. | JUDGMENT |
| ASPEN TECHNOLOGY LABS<br>INC.,<br>          Defendant. | |

   The Court having granted a motion to dismiss for lack of personal jurisdiction and Plaintiff not having amended its complaint within the time allowed by the Court,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date:  March 8, 2024

Dale S. Fischer
United States District Judge